UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID JUAREZ-SILVESTRE,**

    **Petitioner,**

**V.**                                            No. 4:23-CV-559-P

**M. CORDOVA, Acting Warden,**
**FMC-Fort Worth,**

    **Respondent.**

# FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that petitioner David Juarez-Silvestre's petition for relief under 28 U.S.C. § 2241 is **DISMISSED** for want of exhaustion, and alternatively, **DENIED**.

**SIGNED** this **12th day** of **December 2023**.

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE